UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **B. MICHELLE HARRIS**,<br><br>              Plaintiff,<br><br>       v.<br><br>**BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA** *et al.*,<br>              Defendants. | Case No. 1:17-cv-02753 (TNM) |

## ORDER

On August 10, 2018, the Board of Trustees of the University of the District of Columbia filed a Motion for Partial Dismissal and to Strike Certain Allegations of Plaintiff's Amended Complaint. Under Local Civil Rule 7(b), Plaintiff had 14 days to oppose the motion, after which the Court may treat the motion as conceded. On August 23, just one day before the expiration of the time to oppose, Plaintiff moved for an extension of time to August 31, 2018. Although Plaintiff's Motion for an Extension of Time was untimely under the Court's Standing Order and the case had previously been terminated due to Plaintiff's failure to meet the deadline for filing proof of service, the Court exercised its discretion to extend Plaintiff's time to August 31, 2018. Because Plaintiff failed to meet the extended deadline to oppose, the Board's motion is GRANTED as conceded under Local Civil Rule 7(b).

Accordingly, it is hereby ORDERED that the following portions of Plaintiff's first cause of action set forth in the Amended Complaint are DISMISSED:

(1) Plaintiff's claims under Title VII of the Civil Rights Act of 1964 ("Title VII") are DISMISSED with prejudice as unexhausted;
(2) Plaintiff's claims for discrimination and retaliation under the District of Columbia Human Rights Act ("DCHRA") arising on or before December 21, 2016, (including the alleged disciplinary action taken against Plaintiff for the cluttered

conditions of her office, the complaints against Plaintiff allegedly made or encouraged by Dr. Prema Ganganna, and the investigation of those complaints by Mr. Ramsey) are DISMISSED with prejudice as untimely;

(3) Plaintiff's claims for discrimination and retaliation under the DCHRA based upon disparate treatment in salary and benefits are DISMISSED without prejudice; and

(4) Plaintiff's claims for retaliation under the DCHRA arising from Plaintiff's not being selected for the positions formerly held by Dr. Ganganna; Plaintiff's not being assigned to the hiring committee to consider candidates for these positions; and Dean Sabine O'Hara's evaluation or downgrading of Plaintiff's candidacy for promotion to full Professor in 2017 and 2018 are DISMISSED without prejudice.

It is FURTHER ORDERED that Plaintiff's second cause of action set forth in the Amended Complaint is DISMISSED without prejudice.

It is FURTHER ORDERED that Plaintiff's third cause of action set forth in the Amended Complaint is DISMISSED without prejudice.

It is FURTHER ORDERED that Paragraphs 26-29, 48, 50-59, and 64-65 of Plaintiff's Amended Complaint are hereby STRICKEN from the Amended Complaint, and Defendants shall have no duty to admit or deny or otherwise respond to the allegations in these paragraphs.

It is FURTHER ORDERED that Defendants shall answer or otherwise respond to the Amended Complaint by September 18, 2018.

**SO ORDERED.**

Dated: September 4, 2018

TREVOR N. MCFADDEN
United States District Judge